**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| TRICIA A. BUCK, | ) | Case No. __2:24-cv-00221_____ |
| | ) | |
| Plaintiff, | ) | Judge _____ |
| | ) | |
| vs. | ) | |
| | ) | |
| CORNERSTONE   BUILDING   BRANDS | ) | |
| SERVICES, INC. | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441, Defendant, Cornerstone Building Brands Services, Inc. ("Cornerstone" or "Defendant"), files its Notice of Removal of this action from the Wood County Circuit Court, and respectfully states as follows:

1.      A civil action has been commenced on or about April 2, 2024, in the Wood County, Circuit Court, captioned *Trisha A. Buck* v. *Cornerstone Building Brands Services, Inc.*, CC-54-2024-C-120.   Defendant's registered agent for service was served with Plaintiff's Complaint on April 9, 2023.   A copy of the Complaint and Summons in this action are attached as Exhibit 1 along all available docket entries and docket.   These documents constitute all "process, pleadings and orders" that have been filed in this case to date.

2.      Defendant is entitled to remove this action because this Court has jurisdiction pursuant to 28 U.S.C. § 1441(a), 28 U.S.C. § 1332, and 28 U.S.C. § 1331.   This is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interests and costs.   Plaintiff furthermore seeks to bring a federal claim under Title

VII of the Civil Rights Act of 1964.  The Court thus has jurisdiction both based on federal question and diversity jurisdiction.

3.    Trisha A. Buck's ("Plaintiff" or "Buck") Complaint, including her claims for actual, punitive, "emotional distress" damages, lost benefits, and back pay/front pay along with combination of both tort and discrimination claims, show that the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.[1] *See, e.g. Taylor v. Capital One Bank (USA),* No. 5:09-cv-00576, 2010 WL 424654, at *4 (S.D. W.V. Feb. 4, 2010)(noting that punitive damages and damages for emotional distress are considered on top of any actual damages amount for removal purposes).  Ms. Buck's annual wage was also over $100,000 at the end of her employment which itself is above the jurisdictional minimum.  (Ex. 2, Decl. ¶ 4).

4.    Defendant is informed and believes that, as alleged in the Complaint, Plaintiff is a citizen of Wood County, West Virginia.

5.    Defendant has its principal place of business in Cary, North Carolina and is incorporated in Delaware.  (Ex. 2, Declaration ¶ 2).  Plaintiff is, therefore, diverse from Defendant.

6.    This Notice of Removal is being filed within thirty (30) days after Plaintiff's complaint was served upon Defendant and, therefore, is timely filed pursuant to the provisions of 28 U.S.C. § 1446(b).

7.    Defendant, upon filing this Notice of Removal, is filing a copy of this Notice of Removal with the Clerk of the Wood Circuit Court, which has affected this removal in accordance with 28 U.S.C. § 1446(d).  A copy of the Notice of Filing of Notice of Removal is attached as Exhibit 3.

---

[1] Though Defendant expressly denies that Plaintiff is entitled to any such damages.

3

WHEREFORE, Defendant. hereby removes this action to this Court.


Respectfully submitted,

/s/ Ashley W. French
   Ashley W. French (WVSB #9060)
   CIPRIANI & WERNER, P.C.
   500 Lee Street East, Suite 900
   Charleston, WV 25326
   Telephone: (304) 341-0500
   Facsimile: (304) 341-0507
   Email: afrench@c-wlaw.com

M. Scott McIntyre (pro hac vice forthcoming)
BAKER & HOSTETLER LLP
312 Walnut Street, Suite 3200
Cincinnati OH 45202-4074
Telephone: 513.852.2622
Facsimile: 513.929.0303
Email:smcintyre@bakerlaw.com

*Attorneys for Defendant*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on April 29, 2024, a copy of the foregoing was sent

by electronic and regular mail to:

Erika Klie Kolenich, Esq.
Klie Law Offices, PLLC
21 E. Main Street, Suite 160
Buckhannon, WV 26201
(304) 472-5007
Facsimile: (304) 472-1126

ehklie@klielawoffices.com

/s/ Ashley W. French
Ashley W. French (WVSB #9060)